# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, D.A. NORKIN**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**DANTON A. OLIVER**
**AIRMAN (E-3), U.S. NAVY**

**NMCCA 201600023**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 24 November 2015.
**Military Judge**: CAPT Paul C. Leblanc, JAGC, USN.
**Convening Authority**: Commanding Officer, USS VINSON (CVN 70).
**Staff Judge Advocate's Recommendation**: LCDR D.J. Hammond, JAGC, USN.
**For Appellant**: LCDR Derek Hampton, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**19 April 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court